UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CR00410 RWS/DDN |
| DOMINIC IRONS, | ) ) ) |
| Defendant. | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about December 26, 2014, in Saint Charles County, within the Eastern District of Missouri,

**DOMINIC IRONS,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit:   Ruger make, P94 model, semi-automatic pistol bearing serial number 30840397, which traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney